UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GRIEVANCE COMMITTEE OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT | : : : : : | NO. 3:01GP22(CFD) |
| v. | : : | |
| STEPHEN N. SCHAFFER | : : | June 17, 2004 |

PRESENTMENT

To The Honorable United States District Court for the District of Connecticut comes the Grievance Committee of the United States District Court for the District of Connecticut, duly appointed and qualified, and makes presentment to said Court by its Counsel, Hugh F. Murray, III that Stephen N. Schaffer, a member of the Bar of said Court, has been guilty of misconduct involving his character, integrity, professional standing and conduct, and makes complaint and says:

1.  Stephen N. Schaffer, respondent, is an attorney-at-law, having been duly admitted to the Bar of the United States District Court for the District of Connecticut on August 14, 1962.

2.	On February 2, 2004 the Superior Court for the State of Connecticut issued a decision disbarring the Respondent from the practice of law in Connecticut. A copy of the decision of the Superior Court is attached as Exhibit A.

3.	Under Local Rule 83.2(f), when an attorney receives disciplinary action against him by final judgment or order of any state or federal court, counsel for the Grievance Committee must institute a Presentment in the manner specified in paragraph (d) of Rule 83.2 petitioning this Court to impose the identical discipline upon the attorney receiving such disciplinary action.

WHEREFORE, the said Committee prays that an Order may issue to Stephen N. Schaffer to answer this Presentment and to appear and show cause why he should not be suspended from the bar of this Court until reinstated by the state court, or otherwise disciplined for the reasons set forth above, and that such proceeding may be had on this Presentment as is provided for in Local Rule 83.2(c) and (f).

Dated at Hartford, Connecticut this 17th day of June 2004.

-3-

THE GRIEVANCE COMMITTEE FOR
THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
CONNECTICUT


By /s/ Hugh F. Murray, III
    Hugh F. Murray, III – ct11418

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, CT  06103-3469
Telephone:  (860) 240-6000
Facsimile:  (860) 240-6150
Email:  hmurray@murthalaw.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Presentment was mailed first-class, postage prepaid, on this 17th day of June 2004, to:

Richard L. Albrecht, Esq.
Cohen and Wolf, P.C.
1115 Broad Street
P.O. Box 1821
Bridgeport, CT 06601-1821

/s/ Hugh F. Murray, III
Hugh F. Murray, III – ct11418

730515