UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Jul 12  5 00 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| GRIEVANCE COMMITTEE OF THE<br>UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF CONNECTICUT | : NO. 3:01GP22(CFD)<br>:<br>: |
| v. | : |
| STEPHEN N. SCAHFFER | : JUNE 17, 2004 |

### ORDER TO SHOW CAUSE

Disciplinary proceedings in the above-captioned matter were initiated on May 10, 2001 pursuant to Local Rule 83(e)(3). The matter was forwarded to the Federal Grievance Committee which has filed its Presentment with the Court seeking action in the above-captioned matter.

The Court has taken the Committee's recommendation under advisement and it is hereby ORDERED that Stephen N. Schaffer is to answer the subject Presentment on or before _August 3, 2004_, **by filing an original answer and one (1) copy with the Clerk's Office, 141 Church Street, New Haven, Connecticut 06510, to the attention of Victoria C. Minor, Chief Deputy Clerk,** showing cause why discipline should not be imposed. A Certificate of Service shall accompany the answer, showing service on counsel for the Federal Grievance Committee.

It is further ORDERED that a hearing on the matter shall be held on the 12th day of August, 2004 at 11:00 o'clock, as provided in Local Rule 83~~(e)(3)~~ 2.

Dated at Hartford, Connecticut, this 6th day of July, 2004.

Christopher F. Droney
United States District Judge

731778