

**COHEN and WOLF**
P.C.
ATTORNEYS AT LAW

HERBERT L. COHEN
(1928-1983)

AUSTIN K. WOLF
RICHARD L. ALBRECHT
JONATHAN S. BOWMAN
IRVING J. KERN
MARTIN J. ALBERT
STEWART I. EDELSTEIN
NEIL R. MARCUS
G. KENNETH BERNHARD
DAVID L. GROGINS
GRETA E. SOLOMON
ROBIN A. KAHN
RICHARD G. KENT
RICHARD SLAVIN
DANIEL S. NAGEL
RICHARD J. DI MARCO
DAVID B. ZABEL
MARK A. KIRSCH
DAVID M. LEVINE
JOSEPH G. WALSH
DAVID A. BALL
JOCELYN B. HURWITZ
STUART M. KATZ
MONTE E. FRANK
PATRICIA C. SULLIVAN
BARBARA M. SCHELLENBERG
KAREN WACKERMAN MYERS
VINCENT M. MARINO
MARNIE J. RUBIN
ARI J. HOFFMAN
A. RACHEL ROTHMAN
COURTNEY A. GEORGE
CARRIE L. LARSON
ALISON KAPLAN CLARK
BARBARA ELLIS

OF COUNSEL
ROBERT J. ASHKINS
STUART A. EPSTEIN
JACK E. McGREGOR
MARTIN F. WOLF

PLEASE REPLY TO: Bridgeport
WRITER'S DIRECT DIAL: (203) 337-4118
E-Mail Address: ralbrecht@cohenandwolf.com

FILED
Jul 21  2 30 PM '04

July 20, 2004

Clerk's Office
United States District Court
141 Church Street
New Haven, CT  06510

**Re:   Case No. 3:01GP22 (CFD),**
       *Grievance Committee of the United States District Court for the*
       *District of Connecticut vs. Stephen N. Schaffer*

Dear Sir or Madam:

I am in receipt of an Order to Show Cause dated June 17, 2004, directed to Stephen N. Schaffer in the above-captioned matter. Please be advised that this office does not represent Mr. Schaffer and I have no authority to act on his behalf in this matter.

Very truly yours,

Richard L. Albrecht

RLA:dlm