FILED
SEP 1 1 03 PM '04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GRIEVANCE COMMITTEE OF THE<br>UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF CONNECTICUT | : NO. 3:01GP22(CFD)<br>:<br>: |
| v. | : |
| STEPHEN N. SCHAFFER | : AUGUST 23, 2004 |

## STIPULATION

It is hereby stipulated and agreed between Counsel for the Grievance Committee of the United States District Court for the District of Connecticut and Stephen N. Schaffer (the "Respondent"), that:

1. The Respondent is an attorney-at-law having been duly admitted to the Bar of the United States District Court for the District of Connecticut on August 14, 1962;

2. On February 2, 2004, the Superior Court for the State of Connecticut ordered the Respondent disbarred from practice in the State of Connecticut.

3. The parties hereby stipulate and agree that the Order attached as Exhibit A may be entered by the United States District Court for the District of Connecticut.

THE GRIEVANCE COMMITTEE FOR THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

By _____
   Hugh F. Murray, III – ct11418

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, CT  06103-3469
Telephone:  (860) 240-6000
Facsimile:  (860) 240-6150
Email:  hmurray@murthalaw.com

_____
Steven N. Schaffer

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Stipulation was mailed first-class, postage prepaid, on this 31st day of August 2004, to:

Stephen N. Schaffer, Esq.
9 Mott Avenue
Norwalk, CT  06852

                                                          Hugh F. Murray, III – ct11418

741561