FILED

2004 OCT 29 P 2: 44

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GRIEVANCE COMMITTEE OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT | : NO. 3:01GP22(CFD) : : : |
| v. | : : |
| STEPHEN N. SCHAFFER | : AUGUST 23, 2004 |

## ORDER

On the basis of the Stipulation of the parties' dated August 23, 2004 this Court suspends Stephen N. Schaffer from the Bar of this Court until such time as he may be restored to active status in the Courts of the State of Connecticut and files an appropriate affidavit in accordance with Local Rule 83.2(i)1.

It is so ordered.

Dated at New Haven, Connecticut this 29 day of October ~~August~~ 2004.

_____
Christopher F. Droney, U.S.D.J.